```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  MEGAN T. HOPKINS, Bar #294141
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, CA  93721-2226
    Telephone: (559) 487-5561
 5  Fax: (559) 487-5950

 6  Attorneys for Defendant
    KALE McCULLOUGH
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:15-MJ-00025 MJS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON |
| vs. | ) | |
| KALE McCULLOUGH, | ) | Date:   August 4, 2015 |
| Defendant. | ) | Time:  10:00 a.m. |
|  | ) | Judge: Michael J. Seng |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer for the National Park Service, counsel for plaintiff, and MEGAN T. HOPKINS, Assistant Federal Defender, counsel for defendant, KALE McCULLOUGH, that the initial appearance hearing currently set for June 24, 2015, **may be continued to August 4, 2015**.

Defendant is not available for the June 24, 2015 hearing.  He is currently out of the country for the National Guard training until June 26, 2015.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 8, 2015 | By: | */s/ Matthew McNease*<br>MATTHEW MC NEASE<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 8, 2015 | By: | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>KALE McCULLOUGH |

**O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE INITIAL APPEARANCE in Case No. 6:15-mj-00025-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   June 9, 2015                                        /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE