HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KALE MCCULLOUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:15-mj-00025-MJS |
| Plaintiff, ) | **MOTION TO VACATE FEBRUARY 7, 2017 REVIEW HEARING; ORDER** |
| vs. ) | |
| KALE MCCULLOUGH, ) | |
| Defendant. ) | |

Defendant Kale McCullough hereby requests that the Court vacate the February 7, 2017 review hearing.

On June 4, 2015, the Court sentenced Mr. McCullough to eighteen months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, pay a special assessment of $20.00, a fine of $830.00, that Mr. McCullough abstain from the use or possession of any controlled substance unless prescribed, and that he attend Narcotics Anonymous meetings two times per week for six months. Mr. McCullough has complied with all conditions of probation.

The government is in agreement with this request.

//

//

                                                   Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

Date: January 11, 2017                */s/ Reed Grantham*
                                                  REED GRANTHAM
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  KALE MCCULLOUGH

## **O R D E R**

Based on the parties' joint representation that Mr. McCullough has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for February 7, 2017, at 10:00 a.m. in Case No. 6:15-mj-00025-MJS.

IT IS SO ORDERED.

Dated:  January 11, 2017                      /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE